UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DRAWN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT NUESCHID,<br><br>    Respondent. | Case No. 19-cv-02150-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 15, 2019

_____
SUSAN ILLSTON
United States District Judge